[No. 21658. Department Two. April 8, 1929.]

THE CITY OF SEATTLE, *Respondent*, v. JESSE PRATT, *Appellant*.[1]

*William A. Gilmore* and *Leo W. Stewart*, for appellant.

*Thomas J. L. Kennedy, Arthur Schramm,* and *Charles L. Smith,* for respondent.

MAIN, J.—We see no substantial distinction between this case and that of the *Co-operative Cab Co. v. Seattle, ante* p. 150, 275 Pac. 80, recently decided, and, upon the authority of that case the judgment will be affirmed.

MITCHELL, C. J., PARKER, FRENCH, and MILLARD, JJ., concur.

[1]Reported in 276 Pac. 1119.